Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gibson, P. J. [43 Misc 2d 699.]

In the Matter of PATRICIA GREEN, Respondent, v. CHARLES A. BLUE, Appellant.—*Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam.*

STATE OF NEW YORK, Appellant, v. WAVERLY CENTRAL SCHOOL DISTRICT et al., Respondents.—AULISI, J.